AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Corinna Stiles, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:15CV1065 RB |
| Value Recovery Group, L.P., et al | ) ) ) | |
| *Defendant* | ) | |

RECEIVED
0 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Law Office Of Charles Mifsud, LLC
Serve: Charles Misfud, Registered Agent
6305 Emerald Parkway
Dublin, OH 43016
via the Secretary of the Commonwealth

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kristi Kelly & Andrew Guzzo
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7570

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
AUG 2 0 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Corinna Stiles, | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) | Civil Action No. 1:15CV1065 |
| Value Recovery Group, L.P., et al | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Value Recovery Group, L.P.
Serve: Barry H. Fromm, Registered Agent
1460 W. Lane Avenue, Suite B
Columbus, OH 43221

via the Secretary of the Commonwealth

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kristi Kelly & Andrew Guzzo
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7570

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
                                                 *Signature of Clerk or Deputy Clerk*